# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In Re:                                   )
                                         )
KOLORFUSION INTERNATIONAL, INC.  )   Case No. 10-28857 ABC
                                         )   Chapter 11
                                         )
         Debtor.                         )

## SUMMARY OF VOTING ON CHAPTER 11 PLAN OR REORGANIZATION

Kolorfusion International, Inc.., Debtor in Possession, by and through its counsel, Sender & Wasserman, P.C. and for its Summary of Voting on Chapter 11 Plan, hereby states as follows:

In preparing this Summary in cases where the amount of the claim listed on the ballot differs from the proof of claim amount or amount scheduled, the Debtor has utilized the amount set forth on the ballot. The Debtor has utilized the amounts set forth in the proofs of claim for purposes of tabulating the ballots, even where the Debtor disputes the amount of the claim. The Summary of Ballots received is attached hereto as Exhibit A.

**Class 1 - Wage Claims**

| | | |
|---|---|---|
| Number Voting | 8 | Value of Claims $25,674.22 |
| Number Accepting | 8 | Value Accepting $25,674.22 |
| Number Rejecting | 0 | Percentage Rejecting 0% |
| Percentage in Number 100% Accepting | | Percentage of Value 100% Accepting |

**Class 2 - Impaired Secured Tax Claims**

| | | |
|---|---|---|
| #Class 2 Voting | 1 | Value of Claims $4,569.52 |
| Number Accepting | 1 | Value Accepting $4,569.52 |
| Number Rejecting | 0 | Percentage Rejecting 0% |
| Percentage in Number 100% Accepting | | Percentage of Value 100% Accepting |

**Class 3 - Claim of General Electric Capital Corp**

| | | |
|---|---|---|
| #Class 3 Voting | 1 | Value of Claims $46,401.21 |
| Number Accepting | 1 | Value Accepting $46,401.21 |

| | |
|---|---|
| Number Rejecting 0 | Percentage Rejecting 0% |
| Percentage in Number 100% Accepting | Percentage of Value 100% Accepting |

**Class 4 - Allowed Impaired Secured Claims of Sterling National Bank**

Did not vote and is deemed to have accepted the Plan *in re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988).

**Class 5 - Allowed Impaired Secured Claims of US Bancorp.**

| | |
|---|---|
| #Class 5 Voting 1 | Value of Claims $77,519.24 |
| Number Accepting 1 | Value Accepting $77,519.24 |
| Number Rejecting 0 | Percentage Rejecting 0% |
| Percentage in Number 100% Accepting | Percentage of Value 100% Accepting |

**Class 6 - Allowed Unimpaired Secured Claims of CIT Technology Financing Services**

Did not vote and is deemed to have accepted the Plan *in re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988). The collateral securing the Class 6 claim will be Claimant is surrendered to the Class 6 Claimant.

**Class 7 - Allowed Unimpaired claims of holders of unexpired equipment leases or executory contracts**.

Did not vote and is deemed to have accepted the Plan *in re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988).

The Class 7 Claimants will be treated in accordance with the orders on the Debtor's motions to assume or reject the unexpired leases or executory contracts.

**Class 8 - Administrative Convenience Class - Creditors with Claims of $1,000 or less or those electing to be treated under Class 8**

| | | |
|---|---|---|
| # Class 8 Voting | 5 | Value of Claims $2,930.93 |
| Number Accepting | 4 | Value Accepting $2,479.93 |
| Number Rejecting | 1 | Value Rejecting $451.00 |
| Percentage in Number Rejecting | 20% | Percentage of Value Rejecting 15.38% |
| Percentage in Number Accepting | 80% | Percentage of Value Accepting 84.62% |

**Class 9 - Unsecured Claims.**

| | | |
|---|---|---|
| # Class 9 Voting | 9 | Value of Claims $1,175,727.90 |
| Number Accepting | 7 | Value Accepting $968,442.73 |
| Number Rejecting | 2 | Value Rejecting $207,285.20 |
| Percentage in Number Rejecting | 22% | Percentage Rejecting 17.63% |
| Percentage in Number Accepting | 78% | Percentage of Value Accepting 82.37% |

In addition to the votes counted in this calculation, Mount Keen which serves as the Chairman of the Debtor has tendered an acceptance vote in the amount of $870.336.

**Class 11 - Interest Holders**

>Did not Vote.  Retain their shares as the Plan is confirmed as a Consensual Plan.

**Class 12 - Late Claims**

>Did not Vote as at this time there are no Class 12 claimants.

3

**DATED** this 23rd day of September, 2011.

                                                LAW OFFICE OF BONNIE BELL BOND, LLC

By:     */s/ Bonnie Bell Bond*
        Bonnie Bell Bond, #14923
        5613 DTC Parkway, Suite 1200
        Greenwood Village, Colorado 80111
        Phone: 303-770-0926
        Fax: 303-770-0965
        bonnie@bellbondlaw.com
COUNSEL FOR THE DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2011, I served a true and correct copy of the foregoing by United States Mail, first class postage prepaid, addressed to the following:

Office of the U.S. Trustee
999 18th Street, Suite 1551
Denver, Colorado 80202
Attn: Paul Moss

Stephen R. Nagel
P.O. Box 2078
Parker, CO 80134

                                                                     */s/ Bonnie Bell Bond*