## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN BANKRUPTCY

### *Minutes of Proceeding*

Date:   **September 26, 2011**                                                                    Honorable A. Bruce Campbell, Presiding

In re:  **Kolorfusion International, Inc.**                                           Case No. **10-28857 ABC**
                                                                                                                              Chapter **11**
                                                                                    Debtor

| | Appearances | | | |
|---|---|---|---|---|
| Trustee | United States Trustee | Counsel | Paul Moss |
| Debtor | Thomas Gerschman, Chairman | Counsel | Bonnie Bell Bond |
| Creditor | Michael C. Spencer | Counsel | Harvey L. Kramer |
| | No appearance by Stephen R. Nagel or counsel | | |

Proceedings:   Confirmation of Debtor's Plan filed July 15, 2011, and any objection filed by Stephen Nagel.

[ ] Witnesses sworn          [ ] See attached list          [ ] Exhibits entered          [ ] See attached list          [ ] Evidentiary

Orders:

[ ]   Relief sought in complaint/motion:   [ ] Granted   [ ] Denied   [ ] Dismissed   [ ] Awarded by default
[ ]   Judgment to enter for:   [ ] Plaintiff   [ ] Defendant   [ ] Applicant   [ ] Respondent
                                                          [ ] In the amount of   $ _____

[ ]   Matter taken under advisement
[ ]   Oral findings and conclusions made of record
[x]   **Formal order to enter**
[ ]   Continued to   _____

[X]   Counsel shall file a certification that the monthly reports have been filed.

Date: **September 26, 2011**                    FOR THE COURT:
                                                                     *Bradford L. Bolton, Clerk*

                                                                     By: _____