UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re: )
)
KOLORFUSION INTERNATIONAL, INC. ) Case No. 10-28857 ABC
) Chapter 11
)
Debtor. )

FILED AFTER 4:00 PM
OCT -4 2012
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## NOTICE OF TRANSFER OR CLAIM

Pursuant to Fed.R.Bankr.P. 3001(e)(2), notice is hereby given that Proof of Claim No. 21 filed by Stephen Nagel on January 25, 2011 in the amount of $168,478 as well as the claim scheduled for Nagel Enterprises in the amount of $3,000, have been unconditionally transferred to Mount Keen & Co., Inc., on September 20, 2012 for consideration received.

Stephen Nagel specifically waives notice of the transfer and hearing required by Fed.R.Bankr.P. 2001(e)(2) and requests that any distributions from this Bankruptcy on account of the Proof of Claim be made payable to Mount Keen & Co.,Inc.

Transferor: Stephen Nagel
P.O. Box 2078
Parker, Colorado 80134

Transferee: Mount Keen & Co., Inc.
P.O. Box 2204
Bridgehampton, NY 11932-2204

Dated this 28TH day of September, 2012.

_____
Stephen Nagel